United States District Court
Southern District of Texas
**ENTERED**
July 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:18-CR-909 |
| § | |
| LARRY JOSEPH DIAZ, § | |
|     Defendant. § | |
| § | |

## ORDER

Defendant Larry Joseph Diaz has filed an Emergency Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (D.E. 72), wherein he moves the Court to reduce his sentence to time served because he recently recovered from COVID-19 and his underlying medical conditions (hypertension and high cholesterol) make him particularly vulnerable to severe illness or death should he become re-infected. He has submitted the warden's denials of his requests for home confinement and compassionate release; however, he has offered no medical records in support of his motion. The Court similarly has no information regarding his conduct while in prison.

Defendant is hereby **ORDERED** to provide the Court with current copies of his medical records and prison disciplinary history.

The Government is further **ORDERED** to respond to Defendant's motion not later than 7 days after he supplements the record, indicating any opposition thereto.

ORDERED this 27th day of July, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE